UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20592-CIV-ALTONAGA/Damian

**BURGER KING COMPANY LLC**,

    Plaintiff,
vs.

**EDUARDO E. DIAZ**; *et al.*,

    Defendants.
_____/

## ADMINISTRATIVE ORDER CLOSING CASE

**THIS CAUSE** came before the Court upon the Defendants' Unopposed Motion for Extension of Time to File Response to Amended Complaint, filed on March 22, 2023 [ECF No. 14]. In the Motion, Defendants request a thirty (30) day extension of time to respond to Plaintiff's Amended Complaint due to ongoing good faith settlement negotiations. To conserve the parties' and judicial resources, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 23rd day of March, 2023.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc: counsel of record